**Motion Granted and Order filed February 28, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-16-01022-CV

_____

## IN THE INTEREST OF K.L., CHILD

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-37805**

---

## ORDER

The clerk's record was filed on February 9, 2017. On February 14, 2017, appellant, the State of Texas, filed a motion for this court to instruct the district clerk to file a legible version of the clerk's record because many of the pages are illegible or difficult to read. According to the motion, another method for preparing the record exists that would produce clearer pages. The motion is GRANTED.

Accordingly, we ORDER the Harris County District Clerk to prepare, certify, and file in this court a legible version of the complete clerk's record at no additional cost to the parties. The new version of the clerk's record must be filed by **March 20, 2017**.

PER CURIAM